# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY K. ALVA,<br><br>      Plaintiff,<br><br>   vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>      Defendant | ) Case No.: 5:24-cv-00261-MRW<br>)<br>) {~~PROPOSED~~} ORDER AWARDING<br>) EQUAL ACCESS TO JUSTICE ACT<br>) ATTORNEY FEES AND EXPENSES<br>) PURSUANT TO 28 U.S.C. § 2412(d)<br>) AND COSTS PURSUANT TO 28<br>) U.S.C. § 1920<br>)<br>)<br>) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,700.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $405.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  July 19, 2024

THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

-1-

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/  *Brian C. Shapiro*

BY: _____

Brian C. Shapiro
Attorney for plaintiff Mary K. Alva